**Tayron Youdices FIGUEROA–MEZQUITA, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–70513.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 19, 2010.

Tayron Youdices Figueroa–Mezquita, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of The District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of The District Counsel Department of Homeland Security, San Francisco, CA, James A. Hunolt, Esq., J. Max Weintraub, Esq. Fax, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC for Respondent.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

### MEMORANDUM **

Tayron Youdices Figueroa–Mezquita, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") order denying his application asylum and withholding of removal. We dismiss the petition for review.

Figueroa–Mezquita failed to challenge the IJ's denial of asylum and withholding of removal before the BIA. Therefore, these issues are not exhausted, and we lack jurisdiction to review them. *See Barron v. Ashcroft,* 358 F.3d 674, 676–77 (9th Cir.2004) (holding that a petitioner's failure to raise an issue to the BIA generally constitutes a failure to exhaust, thus depriving this court of jurisdiction to consider the issue).

**PETITION FOR REVIEW DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.